1  CAROL C. LAM
   United States Attorney
2  LUELLA M. CALDITO
   Assistant United States Attorney
3  California State Bar No. 215953
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-7035
6
7  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

8
                    UNITED STATES DISTRICT COURT
9
                  SOUTHERN DISTRICT OF CALIFORNIA
10
                                                06CR2280-LAB
11 UNITED STATES OF AMERICA,       )   Magistrate Case No. 06MG1886
                                   )
12              Plaintiff,         )
                                   )   STIPULATION OF FACT AND JOINT
13       v.                        )   MOTION FOR RELEASE OF
                                   )   MATERIAL WITNESS(ES) AND
14 RANDALL DEAN GUTIERREZ,         )   ORDER THEREON
                                   )
                Defendant.         )
15 _____)   (Pre-Indictment Fast-Track Program)

16       **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

17 OF AMERICA, by and through its counsel, Carol C. Lam, United States Attorney, and Luella M.

18 Caldito, Assistant United States Attorney, and defendant RANDALL DEAN GUTIERREZ, by and

19 through and with the advice and consent of defense counsel, Holly Hanover, Esq., that:

20       1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing

21 date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

22 intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

23 guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

24 of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C.

25 § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

26 //

27 //

28 LC:kmm:10/12/06

2. Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government not later than five business days before the disposition date set by the Court.

3. Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before **November 13, 2006**.

4. The material witnesses, Salvador Guerrero-Guzman, Francisco Javier Ceja-Sanchez and Lizett Giovanna Lopez-Ramirez, in this case:

    a. Are aliens with no lawful right to enter or remain in the United States;

    b. Entered or attempted to enter the United States illegally on or about October 10, 2006;

    c. Were found in a vehicle driven by defendant at the San Ysidro, California Port of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the United States;

    d. Were paying or having others pay on their behalf $2,500-3,500 to others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

    e. May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

5. After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

    a. The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

    b. The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Randall Dean Gutierrez      2      06MG1886

1  of (an) unavailable witness(es); and,

2        c.    Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witness(es) in this case.

6.    By signing this stipulation and joint motion, defendant certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies further that defendant has discussed the terms of this stipulation and joint motion with defense counsel and fully understands its meaning and effect.

Based on the foregoing, the parties jointly move the stipulation into evidence and for the immediate release and remand of the above-named material witness(es) to the Department of Homeland Security for return to their country of origin.

It is STIPULATED AND AGREED this date.

Respectfully submitted,

CAROL C. LAM
United States Attorney

Dated: 10-16-06

LUELLA M. CALDITO
Assistant United States Attorney

Dated: 10-13-06

HOLLY HANOVER, ESQ.
Defense Counsel for RANDALL DEAN GUTIERREZ

Dated: 10-13-06

RANDALL DEAN GUTIERREZ
Defendant

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Randall Dean Gutierrez     3    06MG1886

# ORDER

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: 10/24/06

_____
United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Randall Dean Gutierrez         4         06MG1886

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　vs.　　　　　　　　　　　　　　)<br>Randall Dean Gutierrez　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　Defendant(s)　　　　　　)<br>_____) | CRIMINAL NO. 06CR2280-LAB<br>　　　　　　　　06MG1886<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Leo S. Papas

　　On order of the United States District/Magistrate Judge,

　　IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

　　Francisco Javier Ceja-Sanchez

DATED: October 24, 2006

RECEIVED _____ DUSM

　　　　　　　　　　　　　　　Leo S. Papas
　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE

　　　　　　　　　　　　　　　　　OR

　　　　　　　　　　W. SAMUEL HAMRICK, JR.   Clerk
　　　　　　　　　　　　by _____
　　　　　　　　　　　　　　　Deputy Clerk